JASON J. CURLIANO (State Bar No. 167509)
MADELINE L. BUTY (State Bar No. 157186)
BUTY & CURLIANO LLP
383 – 4th Street, Third Floor
Oakland, CA 94607
Telephone:   (510) 267-3000
Facsimile:   (510) 267-0117

FRANK WELZER (California State Bar No. 155403)
ZUKERMAN GORE & BRANDEIS, LLP
875 Third Avenue
New York, NY 10022
Telephone:   (212) 223-6700

Attorneys for Plaintiff
JEANNE PLESSINGER WANG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JEANNE PLESSINGER WANG,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>THOMA CRESSY EQUITY PARTNERS, INC., and CARL D. THOMA and DOES 1-100, inclusive,<br><br>　　　　　　Defendants. | No.: 3:05-cv-04694-WHA<br><br>**STIPULATION AND [PROPOSED] ORDER FOR FILING OF FIRST AMENDED COMPLAINT**<br><br>**Judge: Hon. William H. Alsup** |

   IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys of record that plaintiff may file a First Amended Complaint, a copy of which is attached hereto and labeled Exhibit A.

   IT IS FURTHER STIPULATED that defendants waive notice and service of the First Amended Complaint and shall not be required to answer the amendment, and that all denials,

1

STIPULATION FOR FILING OF FIRST AMENDED COMPLAINT

BUTY & CURLIANO LLP
ATTORNEYS AT LAW
383 – FOURTH STREET
3RD FLOOR
OAKLAND CA 94607
510.267.3000

1  ~~responses and affirmative defenses contained in the answer filed by defendants to the original~~
2  ~~complaint shall be responsive~~ to ~~the First Amended Complaint.~~

3  DATED: January 31, 2006        BUTY & CURLIANO LLP

5                                 By: _____
6                                   JASON J. CURLIANO
                                    Attorneys for Plaintiff
7                                   JEANNE PLESSINGER WANG

8  DATED: January 30, 2006        HOWARD RICE NEMEROVSKI CANADY FALK
9                                 & RABKIN

11                                By: _____
                                    JASON M. HABERMEYER
12                                  Attorneys for Defendants
                                    THOMA CRESSY EQUITY PARTNERS, INC. and
13                                  CARL D. THOMA

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED, as modified. Because the amended complaint includes a new cause of action, this Court will not condone any failure to file an amended answer.

DATE: January 31, 2006           By: _____
                                    JUDGE WILLIAM H. ALSUP

C:\Documents and Settings\Gmp\Local Settings\Temporary Internet Files\OLK27\stip[1]

IT IS SO ORDERED AS MODIFIED
Judge William Alsup
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

2

STIPULATION FOR FILING OF FIRST AMENDED COMPLAINT

BUTY & CURLIANO LLP
ATTORNEYS AT LAW
383 – FOURTH STREET
3RD FLOOR
OAKLAND CA 94607
510.267.3000