| | |
|---|---|
| 1 | DAVID J. REIS (No. 155782) |
| | JASON M. HABERMEYER (No. 226607) |
| 2 | HOWARD RICE NEMEROVSKI CANADY |
| |     FALK & RABKIN |
| 3 | A Professional Corporation |
| | Three Embarcadero Center, 7th Floor |
| 4 | San Francisco, California  94111-4024 |
| | Telephone:   415/434-1600 |
| 5 | Facsimile:    415/217-5910 |
| 6 | Attorneys for Defendants |
| | THOMA CRESSEY EQUITY PARTNERS, |
| 7 | INC. and CARL D. THOMA |
| 8 | JASON J. CURLIANO (No. 167509) |
| | MADELINE L. BUTY (No. 157186) |
| 9 | BUTY & CURLIANO LLP |
| | 383—4th Street, Third Floor |
| 10 | Oakland, California  94607 |
| | Telephone:   510/267-3000 |
| 11 | Facsimile:    510/267-0117 |
| 12 | JOHN K. CROSSMAN (*Pro Hac Vice* Pending) |
| | ZUKERMAN GORE & BRANDEIS, LLP |
| 13 | 875 Third Avenue |
| | New York, New York  10022 |
| 14 | Telephone:   212/223-6700 |
| 15 | Attorneys for Plaintiff |
| | JEANNE PLESSINGER WANG |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JEANNE PLESSINGER WANG, | No. C-05-4694 WHA |
| Plaintiff, | Action Filed: October 12, 2005 |
| v. | STIPULATION TO EXTEND TIME TO SERVE REVISED INITIAL DISCLOSURES |
| THOMA CRESSEY EQUITY PARTNERS, INC., CARL D. THOMA and DOES 1-100, inclusive, | Judge:    Honorable William H. Alsup |
| Defendants. | Trial Date: February 12, 2007 |

STIPULATION TO EXTEND TIME TO SERVE INITIAL DISCLOSURES     C-05-4694-WHA

1  Pursuant to Civil Local Rule 6-2 and the accompanying Declaration of Jason M.
2  Habermeyer In Support Of Stipulation To Extend Time To Serve Revised Initial
3  Disclosures, and provided that the Court approves the request to extend the time as set forth
4  herein, IT IS HEREBY STIPULATED by and between the parties hereto through their
5  respective attorneys of record that Plaintiff Jeanne Plessinger Wang and Defendants Thoma
6  Cressey Equity Partners, Inc. and Carl D. Thoma shall have until March 14, 2006 to serve, if
7  necessary, revised Initial Disclosures.

DATED: February 24, 2006.

Respectfully,

JASON J. CURLIANO
MADELINE L. BUTY
BUTY & CURLIANO LLP

JOHN CROSSMAN
ZUKERMAN GORE & BRANDEIS, LLP

By: _____/s/_____
         MADELINE L. BUTY

Attorneys for Plaintiff JEANNE PLESSINGER WANG


DAVID J. REIS
JASON M. HABERMEYER
HOWARD RICE NEMEROVSKI CANADY
    FALK & RABKIN
A Professional Corporation

By: _____/s/_____
         JASON M. HABERMEYER

Attorneys for Defendants THOMA CRESSEY EQUITY PARTNERS, INC. and CARL D. THOMA

IT IS HEREBY ORDERED that, pursuant to Civil Local Rule 6-2(b), the Court grants the extension to serve, if necessary, revised Initial Disclosures pursuant to the parties' stipulated request. The parties shall serve such revised Initial Disclosures, if any, no later than March 14, 2006.

IT IS SO ORDERED.

DATED: February 27, 2006.



Judge William Alsup
United States District Judge

## ATTESTATION

    I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this e-filed document, and that concurrence in the filing of the document(s) attached hereto has been obtained from each of the other signatories to said document(s).

                                             /s/  
                                     JASON M. HABERMEYER  
                                     Counsel for Defendants