1   DAVID J. REIS (No. 155782)
    JASON M. HABERMEYER (No. 226607)
2   HOWARD RICE NEMEROVSKI CANADY
        FALK & RABKIN
3   A Professional Corporation
    Three Embarcadero Center, 7th Floor
4   San Francisco, California  94111-4024
    Telephone:   415/434-1600
5   Facsimile:    415/217-5910

6   Attorneys for Defendants
    THOMA CRESSEY EQUITY PARTNERS,
7   INC. and CARL D. THOMA

8   JASON J. CURLIANO (No. 167509)
    MADELINE L. BUTY (No. 157186)
9   BUTY & CURLIANO LLP
    383—4th Street, Third Floor
10  Oakland, California  94607
    Telephone:      510/267-3000
11  Facsimile:      510/267-0117

12  JOHN K. CROSSMAN (Admitted *Pro Hac Vice*)
    ZUKERMAN GORE & BRANDEIS, LLP
13  875 Third Avenue
    New York, New York  10022
14  Telephone:      212/223-6700

15  Attorneys for Plaintiff
    JEANNE PLESSINGER WANG

16

17                  UNITED STATES DISTRICT COURT

18                  NORTHERN DISTRICT OF CALIFORNIA

19                    SAN FRANCISCO DIVISION

20

| JEANNE PLESSINGER WANG, | No. C-05-4694 WHA |
|---|---|
| Plaintiff, | Action Filed: October 12, 2005 |
| v. | STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO HOLD MEDIATION |
| THOMA CRESSEY EQUITY PARTNERS, INC., CARL D. THOMA and DOES 1-100, inclusive, | |
| Defendants. | Judge:      Honorable William H. Alsup |
| | Trial Date:   February 12, 2007 |

STIP. & [PROPOSED] ORDER TO EXTEND TIME TO HOLD MEDIATION   C-05-4694-WHA

1    WHEREAS, the parties agreed to court-sponsored mediation pursuant to ADR Local

2    Rule 6 and filed a Stipulation And [Proposed] Order Selecting ADR Process reflecting said

3    agreement on January 26, 2006;

4    WHEREAS, on February 16, 2006 the Court referred the above-captioned matter to the

5    ADR Unit for mediation in its Case Management Order And Reference To ADR Unit For

6    Mediation;

7    WHEREAS, ADR Local Rule 3-6 requires that the selected ADR process must be held

8    within 90 days after the entry of an order referring the case to a specific ADR process;

9    WHEREAS, the appointed mediator, Jody I. LeWitter, set said mediation for May 17,

10   2006 pursuant to ADR Local Rule 3-6;

11   WHEREAS, Defendants' counsel is scheduled to depose Plaintiff Jeanne Plessinger

12   Wang on May 18, 2006 and Plaintiff's counsel is scheduled to depose Defendant Carl D.

13   Thoma on May 31, 2006;

14   WHEREAS, the parties agree that the said mediation would be more beneficial after

15   the completion of the above-referenced depositions;

16   WHEREAS, the parties and their counsel are available to conduct the mediation on

17   June 22, 2006;

18   WHEREAS, Ms. LeWitter has been informed of the parties' intentions to extend the

19   time to hold said mediation, does not disagree with such an extension, and is available to

20   conduct the mediation on June 22, 2006;

21

22

23

24

25

26

27

28

HOWARD
RICE
NEMEROVSKI
CANADY
FALK
& RABKIN
*A Professional Corporation*

1    THEREFORE, IT IS HEREBY STIPULATED by and between the parties hereto
2   through their respective attorneys of record that the date to hold the court-sponsored
3   mediation shall be extended to June 22, 2006.

4   DATED:  April 18, 2006.

5                                                Respectfully,

6                                                JASON J. CURLIANO
7                                                MADELINE L. BUTY
                                                 BUTY & CURLIANO LLP
8
                                                 JOHN CROSSMAN
9                                                ZUKERMAN GORE & BRANDEIS, LLP

10                                               By: _____/s/_____
11                                                          JOHN K. CROSSMAN

12                                               Attorneys for Plaintiff JEANNE PLESSINGER
                                                 WANG
13

14                                               DAVID J. REIS
                                                 JASON M. HABERMEYER
15                                               HOWARD RICE NEMEROVSKI CANADY
                                                      FALK & RABKIN
16                                               A Professional Corporation

17                                               By: _____/s/_____
18                                                          JASON M. HABERMEYER

19                                               Attorneys for Defendants THOMA CRESSEY
                                                 EQUITY PARTNERS, INC. and CARL D.
20                                               THOMA

21

22

23

24

25

26

27

28

STIP. & [PROPOSED] ORDER TO EXTEND TIME TO HOLD MEDIATION   C-05-4694-WHA

1  IT IS HEREBY ORDERED that, pursuant to Civil Local Rule 6-2(b), the date by which the

2  court-sponsored mediation shall be held is extended from May 17, 2006 to June 22, 2006.

3      IT IS SO ORDERED.

4

5  DATED:  April _19_, 2006.

6

7

8

9



Judge William Alsup

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

HOWARD
RICE
NEMEROVSKI
CANADY
FALK
& RABKIN
A Professional Corporation

## ATTESTATION

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this e-filed document, and that concurrence in the filing of the document(s) attached hereto has been obtained from each of the other signatories to said document(s).


<u>               /s/                        </u>
JASON M. HABERMEYER
Counsel for Defendants