DAVID J. REIS (No. 155782)
JASON M. HABERMEYER (No. 226607)
HOWARD RICE NEMEROVSKI CANADY
    FALK & RABKIN
A Professional Corporation
Three Embarcadero Center, 7th Floor
San Francisco, California 94111-4024
Telephone: 415/434-1600
Facsimile: 415/217-5910

Attorneys for Defendants
THOMA CRESSEY EQUITY PARTNERS,
INC. and CARL D. THOMA

JASON J. CURLIANO (No. 167509)
MADELINE L. BUTY (No. 157186)
BUTY & CURLIANO LLP
383—4th Street, Third Floor
Oakland, California 94607
Telephone: 510/267-3000
Facsimile: 510/267-0117

JOHN K. CROSSMAN (*Pro Hac Vice* Pending)
ZUKERMAN GORE & BRANDEIS, LLP
875 Third Avenue
New York, New York 10022
Telephone: 212/223-6700

Attorneys for Plaintiff
JEANNE PLESSINGER WANG

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| JEANNE PLESSINGER WANG, <br><br> Plaintiff, <br><br> v. <br><br> THOMA CRESSEY EQUITY PARTNERS, INC., CARL D. THOMA and DOES 1-100, inclusive, <br><br> Defendants. | No. C-05-4694 WHA <br><br> Action Filed: October 12, 2005 <br><br> STIPULATION TO EXTEND TIME FOR EXPERT DISCLOSURES AND EXPERT DISCOVERY <br><br> Judge: Hon. William H. Alsup <br><br> Trial Date: February 12, 2007 |

STIP. TO EXTEND TIME FOR EXPERT DISCLOSURES & DISCOVERY     C-05-4694-WHA

Pursuant to Civil Local Rule 6-2 and the accompanying Declaration of Jason M. Habermeyer In Support Of Stipulation To Extend Time For Expert Disclosures And Discovery, and provided that the Court approves the request to extend the time as set forth herein, IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys of record that the expert discovery cutoff in this matter shall be extended approximately one month, from November 3, 2006 to December 1, 2006. The corresponding expert disclosure and discovery dates shall therefore also be similarly-extended as set forth below:

| EVENT | NEW DATE |
| --- | --- |
| List of issues on which party will offer expert testimony in case-in-chief | September 29, 2006 |
| Opening Expert Reports | October 27, 2006 |
| Opposition Expert Reports | November 10, 2006 |
| Reply Expert Reports | November 17, 2006 |

HOWARD
RICE
NEMEROVSKI
CANADY
FALK
& RABKIN
A Professional Corporation

1 | DATED: September 6, 2006.

Respectfully,

JASON J. CURLIANO
MADELINE L. BUTY
BUTY & CURLIANO LLP

JOHN CROSSMAN
ZUKERMAN GORE & BRANDEIS, LLP

By: *John Crossman /JLF*
     JOHN CROSSMAN

Attorneys for Plaintiff JEANNE PLESSINGER WANG

DAVID J. REIS
JASON M. HABERMEYER
HOWARD RICE NEMEROVSKI CANADY
    FALK & RABKIN
A Professional Corporation

By: *[signature]*
     JASON M. HABERMEYER

Attorneys for Defendants THOMA CRESSEY EQUITY PARTNERS, INC. and CARL D. THOMA

1  IT IS HEREBY ORDERED that, pursuant to Civil Local Rule 6-2(b), the Court grants the
2  stipulation to extend the expert discovery cutoff in this matter from November 3, 2006 to
3  December 1, 2006, and to extend the corresponding dates for expert disclosures and expert
4  discovery as set forth above. The stipulation is granted only on the condition that the summary judgment and trial schedules are not affected.
5  PURSUANT TO STIPULATION, IT IS SO ORDERED.

7  DATED: September 8, 2006.



_____
WILLIAM H. ALSUP
United States District Judge

HOWARD
RICE
NEMEROVSKI
CANADY
FALK
& RABKIN
A Professional Corporation

STIP. TO EXTEND TIME FOR EXPERT DISCLOSURES & DISCOVERY        C-05-4694-WHA
-3-