**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JEANNE PLESSINGER WANG,

     Plaintiff,

     v.

THOMA CRESSY EQUITY PARTNERS,
INC., CARL D. THOMA, and DOES 1–100,
inclusive,

     Defendants.

     No. C 05-04694 WHA

     **ORDER RE CHAMBERS COPIES**

     Please provide chambers copies of your recent letters concerning your discovery dispute

in accordance with the local rules. Please also file them as well. We will set up a hearing once

copies are received.

     **IT IS SO ORDERED.**

Dated:  November 8, 2006.

     WILLIAM ALSUP
     UNITED STATES DISTRICT JUDGE