IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEANNE PLESSINGER WANG, | No. C 05-04694 WHA |
| Plaintiff, | |
| v. | **ORDER SETTING DISCOVERY DISPUTE HEARING** |
| THOMA CRESSY EQUITY PARTNERS, INC., CARL D. THOMA, and DOES 1–100, inclusive, | |
| Defendants. | |

The Court shall hear argument on plaintiff's discovery dispute per her counsel's letter of November 6, 2006, at the summary-judgment hearing on **THURSDAY, NOVEMBER 16 AT 8:00 A.M.**

**IT IS SO ORDERED.**

Dated: November 14, 2006.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE