DAVID J. REIS (No. 155782)
DIPANWITA DEB AMAR (No. 184779)
JASON M. HABERMEYER (No. 226607)
HOWARD RICE NEMEROVSKI CANADY FALK
   & RABKIN
A Professional Corporation
Three Embarcadero Center, 7th Floor
San Francisco, California  94111-4024
Telephone:   415/434-1600
Facsimile:   415/217-5910

Attorneys for Defendants
THOMA CRESSEY EQUITY PARTNERS, INC.
and CARL D. THOMA

JASON J. CURLIANO (No. 167509)
MADELINE L. BUTY (No. 157186)
BUTY & CURLIANO LLP
383—4th Street, Third Floor
Oakland, California  94607
Telephone:   510/267-3000
Facsimile:   510/267-0117

JOHN K. CROSSMAN (appearing *pro hac vice*)
ZUKERMAN GORE & BRANDEIS, LLP
875 Third Avenue
New York, New York  10022
Telephone:   212/223-6700
Facsimile:   212/223-6433

Attorneys for Plaintiff
JEANNE PLESSINGER WANG

E-filing

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| JEANNE PLESSINGER WANG, | |
| Plaintiff, | No.: 3:05-cv-04694-WHA |
| v. | Action Filed: October 12, 2005 |
| THOMA CRESSEY EQUITY PARTNERS, INC., and CARL D. THOMA and DOES 1-100, inclusive, | STIPULATION OF DISMISSAL |
| | Judge:   Hon. William H. Alsup |
| Defendants. | Trial Date:   February 12, 2007 |

1

BUTY & CURLIANO LLP
ATTORNEYS AT LAW
383 – FOURTH STREET
3RD FLOOR
OAKLAND CA 94607
510.267.3000

STIPULATION OF DISMISSAL – C-05-4694-WHA

**IT IS HEREBY STIPULATED AND AGREED**, by the parties through their undersigned counsel, that, according to Federal Rule of Civil Procedure 41, the parties hereby give notice to the Court that they have agreed to dismiss all claims pending in this action with prejudice. Each party is to bear its own attorneys' fees and costs. The parties therefore request that the Court so order the dismissal, by endorsing below.

DATED: November 16, 2006.

Respectfully,

JASON J. CURLIANO
MADELINE L. BUTY
BUTY & CURLIANO LLP

JOHN K. CROSSMAN
ZUKERMAN GORE & BRANDEIS, LLP

By: _____
JOHN K. CROSSMAN

Attorneys for Plaintiff JEANNE PLESSINGER WANG

DAVID J. REIS
JASON M. HABERMEYER
HOWARD RICE NEMEROVSKI CANADY FALK & RABKIN
A Professional Corporation

By: _____
DAVID J. REIS

Attorneys for Defendants THOMA CRESSEY EQUITY PARTNERS, INC. and CARL D. THOMA

SO ORDERED: _____

U.S.D.J.   11-16-06

2

STIPULATION OF DISMISSAL -- C-05-4694-WHA